IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**RICARDO MORENO-MARTINEZ**,

    Petitioner,

v.

**RICK COURSEY**,

    Respondent.

Civ. No. 2:12-cv-02280-CL

**OPINION AND ORDER**

**MCSHANE, Judge**:

    Petitioner, *pro se*, brings this petition seeking habeas corpus relief under 28 U.S.C. § 2254. Petitioner seeks to challenge four state court convictions, including one count of attempted murder, ORS § 161.405(2)(a), two counts of assault in the first degree, ORS § 163.185, and one count of assault in the second degree, ORS § 163.175, because of (1) an alleged unconstitutional denial of a trial continuance request and (2) alleged ineffective assistance of counsel. *See* Pet. Writ Habeas Corpus 5, ECF No. 2. Magistrate Judge Mark D. Clarke issued a Report and Recommendation on December 9, 2014, recommending denial. The matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    Because no objections to the Report and Recommendation were timely filed, this Court reviews only the legal principles *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). Upon review, this Court finds no error in Judge Clarke's Report and Recommendation, ECF No. 25.

1 – OPINION AND ORDER

## CONCLUSION

This Court ADOPTS Judge Clarke's Report and Recommendation, ECF No. 25, in full. Petitioner's petition, ECF No. 2, is DENIED.

IT IS SO ORDERED.

DATED this 20th day of February, 2015.

_____
**Michael J. McShane**
**United States District Judge**

2 – OPINION AND ORDER